ROBERT CASS, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 22, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELVIS CASTILLO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted February 16, 2016; decided April 5, 2016

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

JOAN COCCIA, Respondent, v THOMAS F. LIOTTI, Appellant.

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 1096 (2016)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

THE DIVERSIFIED GROUP, INC., et al., Appellants, v MARCUM & KLIEGMAN LLP et al., Respondents.

Submitted February 29, 2016; decided April 5, 2016

Motion to substitute Zaida Rodriguez-Cohen, as personal representative of the estate of Gerald Cohen, as party respondent herein in place of deceased respondent Gerald Cohen granted.